**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-21999-ALTMAN/Reid**

**RENZO BARBERI**,

     *Plaintiff*,

v.

**EPIC CAPITAL REALTY INC.**, *et al.*,

     *Defendants.*

_____/

## ORDER

The parties have settled this case. *See* Notice of Verbal Settlement [ECF No. 25]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action shall remain administratively **CLOSED** without prejudice to the parties. The parties shall file a stipulation of dismissal by **November 28, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida, this 27th day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record