**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-21999-RKA

RENZO BARBERI,

      Plaintiff,

vs.

EPIC CAPITAL REALTY INC., a Florida Profit Corporation and BRATTLE STREET PROPERTIES LLC, a Florida Limited Liability Company,

      Defendants.
_____/

<strong><u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u></strong>

Plaintiff, RENZO BARBERI, and Defendants, EPIC CAPITAL REALTY INC. and BRATTLE STREET PROPERTIES LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

*Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, RENZO BARBERI

*Jeffrey Pardo*
Jeffrey Pardo, Esq.
Florida Bar No. 273791
Linsey Lovell, Esq.
Florida Bar No. 121581
Pardo Jackson Gainsburg, PL
100 S.E. 2nd Street
Suite 2050
Miami, FL 33131
Telephone: (305) 358-1001
Facsimile: (305) 358-2001
Email: LLovell@pardojackson.com, JPardo@pardojackson.com
Attorneys for Defendant, Brattle Street Properties LLC

*Simon Ferro*
Simon Ferro, Esq.
Florida Bar No. 37014
The Ferro Law Firm
1 Alhambra Plaza
Suite 1225
Coral Gables, FL 33134
Telephone: (305) 448-1033
Email: simon@theferrofirm.com
Attorney for Defendant, Epic Capital Realty Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21999-RKA

RENZO BARBERI,

       Plaintiff,

vs.

EPIC CAPITAL REALTY INC., a Florida Profit Corporation and BRATTLE STREET PROPERTIES LLC, a Florida Limited Liability Company

       Defendant(s).
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, RENZO BARBERI